OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 25 2015

11/25/2015
GONZALES, ROBERT      Tr. Ct. No. 26668A-422                    WR-84,155-01
The Court has dismissed your application for writ of habeas corpus without written order; the sentence has been discharged. See *Ex parte Harrington*, 310 **S.W.3d 452 (Tex. Crim. App. 2010).**

Abel Acosta, Clerk

ROBERT GONZALES
CCA - PALO PINTO CO. - TDC # 1574107ᴰ ᵀᶠ
759 HEINTZELMAN RD.
MINERAL WELLS, TX 76067